IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| BENETTON TRADING USA, INC., | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO. 1:12-cv-02237-JKB |
| MONTELLO, INC., | * | |
| DEFENDANT. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

Having read and considered the *Motion for Default Judgment* filed by Plaintiff, Benetton Trading USA, Inc. (the "Motion"), and any response thereto, the relief requested therein appearing appropriate under the circumstances, it is hereby

**ORDERED**, that the Motion is Granted; and it is further

**ORDERED**, that judgment is entered by default in favor of Plaintiff Benetton Trading USA, Inc. and against Defendant Montello, Inc. in the principal amount of One Hundred Fifty-nine Thousand Three Hundred Nine Dollars and fifty cents ($159,309.50) together with pre-judgment interest totaling Thirteen Thousand Five Hundred Twelve Dollars and fourteen cents ($13,512.14) as of September 24, 2012, and accruing at the rate of $79.80 per day through the date judgment is entered; and it is further

**ORDERED**, that costs of this action are awarded as part of this judgment; and further

**ORDERED**, that post-judgment interest shall accrue at the legal rate until this judgment is fully satisfied.

Date: Oct 26, 2012

JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND